Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

_____Fort Lauderdale_ Division

<table>
<tr><td>Anne Marie Fabiola Fortune, Pro Se</td><td>)</td><td>Case No. _____</td></tr>
<tr><td></td><td>)</td><td><em>(to be filled in by the Clerk's Office)</em></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><em>Plaintiff(s)</em></td><td>)</td><td></td></tr>
<tr><td><em>(Write the full name of each plaintiff who is filing this complaint.</em></td><td>)</td><td>Jury Trial: <em>(check one)</em>  ☑ Yes  ☐ No</td></tr>
<tr><td><em>If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)</em></td><td>)</td><td></td></tr>
<tr><td>-v-</td><td>)</td><td></td></tr>
<tr><td>OE Solano At Miramar LLC, a Limited Liability Corporation, Brookfield Properties Multifamily LLC, a Limited Liability Corporation</td><td>)</td><td></td></tr>
<tr><td><em>Defendant(s)</em></td><td>)</td><td></td></tr>
<tr><td><em>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)</em></td><td>)</td><td></td></tr>
</table>

FILED BY____NA____D.C.

**Nov 17, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Anne Marie Fabiola Fortune |
| Street Address | 2586 SW 118th Lane |
| City and County | Miramar, Broward |
| State and Zip Code | Florida, 33025 |
| Telephone Number | 786-759-8911 |
| E-mail Address | AFortune1277@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | OF SOLANO AT MIRAMAR LLC |
| Job or Title *(if known)* | |
| Street Address | 250 VESEY ST 15 FL |
| City and County | NEW YORK |
| State and Zip Code | NEW YORK, 10281-1023 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | BROOKFIELD PROPERTIES MULTIFAMILY LLC |
| Job or Title *(if known)* | |
| Street Address | 250 VESEY ST 15 FL |
| City and County | NEW YORK |
| State and Zip Code | NEW YORK, 10281-1023 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | BROOKFIELD PROPERTY REIT INC. |
| Job or Title *(if known)* | |
| Street Address | 250 VESEY ST 15 FL |
| City and County | NEW YORK |
| State and Zip Code | NEW YORK, 10281-1023 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

II.      **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.      **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
This action concerns violations encompassing the Federal Reserve Act, securities fraud, breach of fiduciary duties, 15 USC 1615, 18 U.S.C. §§ 1961-1968 RICO, The Bill of Exchange Act, and associated infractions arising due to the Defendant's wrongful retention and misapplication of an endorsed contract. Moreover, it involves the failure to transfer the principal balance to the principal's account for setoff.

B.      **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)*

_____.

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff, in adherence to The Bills Of Exchange Act, endorsed the contract, specifying the instruction, " Transfer the principal's balance to the principal's account for setoff monthly." The Defendant(s)' failure to fulfill their fiduciary obligations resulted in injury to the Plaintiff through a breach of these duties. Despite numerous letters sent via Certified Mail, no response has been received. These actions further constitute a violation of Federal Reserve Act 29.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As a result of the injury inflicted by the Defendant(s), the Plaintiff intends to remain in the residence for three years. The Plaintiff seeks acknowledgment from the Defendant of the legal tender (UCC 3-603 Exhibit C) previously dispatched to them. Additionally, the Plaintiff seeks compensation totaling $3,000,000 for injuries sustained due to the breach of fiduciary duties (UCC 3-307).

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              11/15/2023

Signature of Plaintiff        _____

Printed Name of Plaintiff     Anne Marie Fabiola Fortune

### B.      For Attorneys

Date of signing:              _____

Signature of Attorney         _____
Printed Name of Attorney      _____
Bar Number                    _____
Name of Law Firm              _____
Street Address                _____
State and Zip Code            _____
Telephone Number              _____
E-mail Address                _____