UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62192-CIV-COHN/VALLE

ANNE MARIE FABIOLA FORTUNE,

    Plaintiff,

v.

OE SOLANO AT MIRAMAR, LLC,
BROOKFIELD PROPERTIES
MULTIFAMILY, LLC, BROOKFIELD
PROPERTY REIT, INC.,

    Defendants.

_____/

## ORDER DISMISSING CLAIMS WITHOUT PREJUDICE AND CLOSING CASE

**THIS CAUSE** is before the Court upon *pro se* Plaintiff Anne Marie Fabiola Fortune's request to Withdrawal Pro Se Civil Complaint Without Prejudice [DE 11]. The Court has carefully considered the request, the record in this case, and is otherwise fully advised in the premises. It is thereupon

**ORDERED AND ADJUDGED** that Plaintiff's claims against OE Solano at Miramar, LLC, Brookfield Properties Multifamily, LLC, and Brookfield Property REIT, Inc., are **DISMISSED without prejudice**. Furthermore, the **Clerk of Court** is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of January, 2024.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF